**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter ____7____

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mestad's Enterprises, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Mestads Bridal & Formalwear |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2615300 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1171 6th Street NW Rochester, MN 55963 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Olmsted | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    http://www.mestads.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Mestad's Enterprises, Inc.                                 Case number (*if known*) _____
    Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4481

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor   Mestad's Enterprises, Inc.
_____   Case number (if known) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   Potential sale of business assets - ordered product to be distributed to paid customers

**Where is the property?**   1171 6th Street NW
Rochester, MN, 55963-0000

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☑ Yes.   Insurance agency   Hanover Insurance Group

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    Mestad's Enterprises, Inc.

Name                                                                            Case number (*if known*)

---

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Mestad's Enterprises, Inc.          Case number (*if known*) _____
     Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 31, 2023
          MM / DD / YYYY

**X** /s/ Catherine Mestad            Catherine Mestad
Signature of authorized representative of debtor      Printed name

Title    Owner

**18. Signature of attorney**

**X** /s/ Samuel M. Andre         Date   January 31, 2023
Signature of attorney for debtor              MM / DD / YYYY

Samuel M. Andre
Printed name

Fredrikson & Byron, P.A.
Firm name

200 S Sixth St, Ste 4000
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone   612.492.7000      Email address   sandre@fredlaw.com

0399669 MN
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    Mestad's Enterprises, Inc.

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 31, 2023     **X** /s/ Catherine Mestad
                                          Signature of individual signing on behalf of debtor

                                          Catherine Mestad
                                          Printed name

                                          Owner
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  Mestad's Enterprises, Inc.

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................  $ _____ 460,182.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................  $ _____ 460,182.98

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ _____ 43,901.81

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____ 1,644,572.20

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $  1,688,474.01

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Mestad's Enterprises, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on hand**                                                                                      $0.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Home Federal Bank | Business Checking | 9056 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                    | $0.00 |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.  Customer deposits for product ordered but not yet received from vendors | $32,849.90 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| Debtor | Mestad's Enterprises, Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

**9.  Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$32,849.90

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 3,148.00 | - | 0.00 | = .... | $3,148.00 |
| | face amount | | doubtful or uncollectible accounts | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 2,959.20 | - | 0.00 | =.... | $2,959.20 |
| | face amount | | doubtful or uncollectible accounts | |

**12.  Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$6,107.20

**Part 4:  Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Inventory - wedding gowns; bridesmaids gowns; mothers gowns; other misc. gowns; veils; lingerie & shoes; womens jewelry; mens clothing; mens rental; quinceanera; alternation supplies; prom attire. | 12/31/2022 | $0.00 | Recent cost | $303,514.80 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Merchandise ordered from suppliers - in transit to shop $32,849.90 - see customer deposits | | $0.00 | Recent cost | $0.00 |

Debtor    Mestad's Enterprises, Inc.                                    Case number *(If known)* _____
_____
Name

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                | $303,514.80 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>Office fixtures, furniture and equipment | $0.00 | Recent cost | $117,711.08 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                | $117,711.08 |

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | Mestad's Enterprises, Inc. | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** http://www.mestads.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists, mailing lists, or other compilations | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $0.00 |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
   ☐ No
   ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Mestad's Enterprises, Inc.                                          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $32,849.90 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,107.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $303,514.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $117,711.08 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $460,182.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $460,182.98 |

**Fill in this information to identify the case:**

Debtor name ___Mestad's Enterprises, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __Mestad's Enterprises, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,053.46 | $7,053.46 |
|---|---|---|---|---|

Catherine Mestad
9225 115th St. NW
Pine Island, MN 55963

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Salary

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,848.35 | $36,848.35 |
|---|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid Taxes - Business Debt

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

MN Department of Revenue
Collection Enforcement
Mail Station 5130
St. Paul, MN 55164

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Mestad's Enterprises, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Olmsted County Government Center
151 4th Street SE
Rochester, MN 55904-3710

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Tyler Bissel
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Dylan Brekke
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Grant Brown
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Matt Brown
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

John Campell
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Weitzel Dane | ☐ Contingent | |
| Unknown | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00 | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Nathan Eversole | ☐ Contingent | |
| Unknown | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00 | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Cody Fenske | ☐ Contingent | |
| Unknown | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00 | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Marshall Friese | ☐ Contingent | |
| Unknown | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00 | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Jack Gadient | ☐ Contingent | |
| Unknown | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00 | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Mark Gilbert | ☐ Contingent | |
| Unknown | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00 | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Aiden Grant | ☐ Contingent | |
| Unknown | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00 | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ryan Grant
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

James Guenther
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Matthew Herzig
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Chris Hill
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Greyson Holt
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jakob Holt
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

St Martin Jacob
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Brandon Jech
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Garrett Jones
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Ben Jordan
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jaden Kappers
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Kyle Kelsey
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Cody Kirtz
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00_

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Gary Lee
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00_

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Josh Loquai
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Maxx Maatta
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Cory Marlow
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Deric Melder
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Brennen Mensink
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Bergen Messmer
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Charles Miller

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Mestad's Enterprises, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Kris Naguyen
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Kirk Nelson
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Garret Nosbisch
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jesse Olson
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Rodney Petersen
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Brian Quandt
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Brady Radel
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jessie Rannels
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Mark Robert
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Josh Rowe
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Carson Schuichtenberg
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jeff Schwichtenberg
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Spencer Sommerfield
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Alan Spaeth
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Tim Spaeth
Unknown

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? [✔] No [ ] Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jonah Staffon
Unknown

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? [✔] No [ ] Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Andrew Stanek
Unknown

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? [✔] No [ ] Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Brendt Stegman
Unknown

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? [✔] No [ ] Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Simon Swenson
Unknown

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? [✔] No [ ] Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

AJ Thompson
Unknown

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? [✔] No [ ] Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Frankie Villeneuve
Unknown

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? [✔] No [ ] Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Thomas Vuong
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Zach Wagner
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Cody Weatherly
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Bryan Welch
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mike Wempner
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Riley Wempner
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Nate Wieseler
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only - (Previously rented tuxedos with no downpayment) Claim Amount $0.00

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.40 |
|---|---|---|
| Amanda Alfred
1814 10th Ave
Rochester, MN 55904 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|
| Veronica Arellano
14 Kivell Drive
Chatfield, MN 55923 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|
| Abby Ashbacher
931 3rd Ave SE
Rochester, MN 55904 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,534.00 |
|---|---|---|
| Kaitlyn Augustin
66864 330th St
Sargeant, MN 55973 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.40 |
|---|---|---|
| Rachel Beranek
N7914 Bluffview Court
Holmen, WI 54636 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,454.00 |
|---|---|---|
| Erin Bradt
111 Dover St N
Dover, MN 55929 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|
| Matt Brickl
Unknown | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.60 |
|---|---|---|
| Shane Budensiek
Unknown | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Deposit_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,307.00 |
|---|---|---|---|

Emily Carroll
3925 500th St
Rake, IA 50465

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $172.80 |
|---|---|---|---|

Samantha Carter
340 7th St Sw Rochester
Plainview, MN 55964

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.40 |
|---|---|---|---|

Sydney Clemens
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,954.00 |
|---|---|---|---|

Ashley Danneman
415 10th St SE
Rochester, MN 55904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.40 |
|---|---|---|---|

Tricia Dobrzynski
3205 NW Amherst Ln Apt 211
Ankeny, IA 50023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $153.20 |
|---|---|---|---|

Jessica Dodds
1540 Greenleaf Rd
Owatonna, MN 55060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $196.80 |
|---|---|---|---|

Sarah Dodge
532 6th St SW #204
Pine Island, MN 55963

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $162.00 |
|---|---|---|---|

Brooke Dolezel
3220 Emerald Valley Drive
Onalaska, WI 54650

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   Mestad's Enterprises, Inc.                                   Case number (if known) _____
_____
Name

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $142.00 |
|---|---|---|---|

Grace Ducosin
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $227.60 |
|---|---|---|---|

Hannah Eddy
W2739 Birch LN
La Crosse, WI 54601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $227.60 |
|---|---|---|---|

Chastity Evenstad
N773 City Rd G
Coon Valley, WI 54623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,454.00 |
|---|---|---|---|

Samantha Finne
280 6th St NW Trailer 50
Pine Island, MN 55963

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $222.60 |
|---|---|---|---|

Mary Fohrenkamm
619th Ave SW
Rochester, MN 55902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $168.40 |
|---|---|---|---|

Kaylee Gerdts
215 Carolann St Nw
Eyota, MN 55934

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $172.00 |
|---|---|---|---|

Jessica Godar
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,965.00 |
|---|---|---|---|

Julie Godar
357 W Mark Street
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $227.60

Jessica Hack
2700 Leonard St
La Crosse, WI 54601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,330.00

Meaghan Hanrahan
425 Broadway Ave S
Rochester, MN 55904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $245.00

Dylan Harris
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $245.00

Jackson Harris
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $190.80

Ashley Hart
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,920.00

Sara Hartert
3554 6th St NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $153.20

Chloe Heaton
4218 57th St NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,100.40

Lauren Hendel
1236 1st Ave SW
Oronoco, MN 55960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $198.00

Heidi Hershberger
6022 Hillsboro Lane NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $198.00

Paige Hershberger
6022 Hillsboro LN
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $198.00

Stephanie Hershberger
240 Gold St. S
Wykoff, MN 55990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Shelby Hinsch
895 Larson Drive
Zumbrota, MN 55992

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Order - (Notice Only) _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $208.00

Gretta Hohmeister
1605 Hennepin Ave Apt 36
Minneapolis, MN 55403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $166.00

Alicia Holten
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $480.00

Tracey Howard
7473 Co Rd 108 SW
Stewartville, MN 55976

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,970.70

Nicole Hunger
W679 Jacob Krel Rd
Fountain City, WI 54629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,934.00 |
|---|---|---|---|

Cassie Jacobson
4478 8th St NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,604.00 |
|---|---|---|---|

Annalise Johnson
355 3rd Ave SE
Harmony, MN 55939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,453.00 |
|---|---|---|---|

Jennifer Johnson
514 E 6th Street
Saint Ansgar, IA 50472

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $216.00 |
|---|---|---|---|

Alexandria Kaping
402 31st Ne Apt # 109
Rochester, MN 55904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142.00 |
|---|---|---|---|

Ana Kelzenberg
1632 1st Ave SE
Rochester, MN 55904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.40 |
|---|---|---|---|

Made Korish
1005 Remington Dr
Holmen, WI 54636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $138.00 |
|---|---|---|---|

Kori Kruegel
305 Hillcrest Drive
Spring Valley, MN 55975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.40 |
|---|---|---|---|

Katie Kujath
241 Larch Ave
Owatonna, MN 55060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Customer Deposit _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $142.00

Abigail Leach
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $142.80

Allyssa Lee
226 Minnesota St
Red Wing, MN 55066

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $245.00

Zak Locher
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $168.40

Jacque Lopez
607 Euclid Ave
Cherokee, IA 51012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $194.00

Madison Lysaker
N7716 Hwy 65
River Falls, WI 54022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $142.00

Haley Martin
2220 Valleyhigh Dr NW Apt E108
Rochester, MN 55901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $194.00

Sydney Martin
9731 Minnetonka Blvd #113
Minnetonka, MN 55305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $168.40

Ashley Marxhausen
202 17th Ave W Apt 404
Menomonie, WI 54751

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.118** **Nonpriority creditor's name and mailing address**

Courtney Mcgill
309 E Main Street
Racine, MN 55967

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$184.40

---

**3.119** **Nonpriority creditor's name and mailing address**

Addyson McNamara
1814 10th Ave SW
Rochester, MN 55904

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$120.20

---

**3.120** **Nonpriority creditor's name and mailing address**

Caitlin McVay
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$142.00

---

**3.121** **Nonpriority creditor's name and mailing address**

Allie Miland
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$177.20

---

**3.122** **Nonpriority creditor's name and mailing address**

Sally Miller
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$142.00

---

**3.123** **Nonpriority creditor's name and mailing address**

Marcaisia Mlenar
308 2nd Ave. NW
Dodge Center, MN 55927

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$1,669.70

---

**3.124** **Nonpriority creditor's name and mailing address**

Shelbie Morris
5 Sunnyslope Rd
Morris, MN 56267

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$871.00

---

**3.125** **Nonpriority creditor's name and mailing address**

Emma Mueller
22997 Stone Bridge Dr
Lewiston, MN 55932

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? [✔] No [ ] Yes

$168.40

---

Debtor   Mestad's Enterprises, Inc.                                Case number (if known) _____
     Name

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.40 |
|---|---|---|---|

Isabel Mueller
22997 Stone Bridge Dr
Lewiston, MN 55932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.40 |
|---|---|---|---|

Alexis Neader
N8825 Fawn Meadow LN
Holmen, WI 54634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

Brianna Notermann
25 Lexington Square
Mason City, IA 50401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.40 |
|---|---|---|---|

Megan Notermann
25 Lexington Sq
Mason City, IA 50401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

Mackayla Olsen
715 Pintail Circle
Waconia, MN 55387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.20 |
|---|---|---|---|

Breanna Page
6016 Hillsboro Lane NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,583.00 |
|---|---|---|---|

Hannah Paulson
491 Pointe Court SW
Rochester, MN 55902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,554.00 |
|---|---|---|---|

Katie Penhollow
1574 Village Creek Drive
Lansing, IA 52151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134** **Nonpriority creditor's name and mailing address**
Abby Peschges
1712 Franklin St
Onalaska, WI 54650

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$599.00

---

**3.135** **Nonpriority creditor's name and mailing address**
Casandra Pierre
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$142.00

---

**3.136** **Nonpriority creditor's name and mailing address**
Hannah Quandt
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$138.00

---

**3.137** **Nonpriority creditor's name and mailing address**
Lily Quandt
Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$142.00

---

**3.138** **Nonpriority creditor's name and mailing address**
Rachel Quandt
308 5th Street SW
Austin, MN 55912

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$1,201.00

---

**3.139** **Nonpriority creditor's name and mailing address**
Grace Ramaker
606 11th Avenue NE
Stewartville, MN 55976

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$228.00

---

**3.140** **Nonpriority creditor's name and mailing address**
Emma Richmond
210 91st Lane NE
Blaine, MN 55434

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$184.40

---

**3.141** **Nonpriority creditor's name and mailing address**
Kylee Riedel
N6748 Johnson Coulee Rd
Holmen, WI 54636

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$184.40

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,200.00**

Lucero Lopez Rodriguez
1007 7th St NW
Austin, MN 55912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,604.00**

Isabel Roeske
15 East Canyon Dr
Hudson, WI 54016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,789.70**

Kristi Roth
600 West Lyon
Lake City, MN 55041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,965.00**

Mckayla Ruechel
38637 Troy Drive
Prairie Du Chien, WI 53821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,015.00**

Gracie Schmidt
21906 Orion Rd
Wykoff, MN 55990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.40**

Brenda Sebastian
1203 10th Avenue SW
Austin, MN 55912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$448.00**

Marge Snyder
301 1st Ave NW
Flint Hill, VA 22627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,134.00**

Jade Stanley
13854 McKenna Road NW Apt #2106
Shakopee, MN 55379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

Emma Thom
449 Manor Valley Ln NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$208.00**

Maggie Thom
449 Manor Valley Ln NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$338.00**

Mary Thom
449 Manor Valley Ln NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142.00**

Hannah Unverzagt
1800 3rd St NE
Austin, MN 55912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142.00**

Kalli VanTassell
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265.20**

Molly Walker
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,678.00**

Sarah Walker
921 9th Ave SE
Rochester, MN 55904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142.80**

Amy Welch
2943 Monroe Dr NW
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158**

**Nonpriority creditor's name and mailing address**
Chris Welch
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$245.00

---

**3.159**

**Nonpriority creditor's name and mailing address**
Kailye Welch
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$142.00

---

**3.160**

**Nonpriority creditor's name and mailing address**
John Whitter
Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$245.00

---

**3.161**

**Nonpriority creditor's name and mailing address**
Kortney Wobbe
19136 Hwy 60
Wabasha, MN 55981

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Is the claim subject to offset? ☑ No ☐ Yes

$1,904.00

---

**3.162**

**Nonpriority creditor's name and mailing address**
Allure Bridals
3190 New Brunswick
Memphis, TN 38133

**Date(s) debt was incurred** _

**Last 4 digits of account number**  ES44

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.163**

**Nonpriority creditor's name and mailing address**
Ava Presely
PO Box 240363
Saint Paul, MN 55124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$22,000.00

---

**3.164**

**Nonpriority creditor's name and mailing address**
Barlow Rochester Property, LLC
c/o Glen Una Management Company Inc.
9015 Mountain Ridge Drive, Suite 350
Austin, TX 78759-8487

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt: Back Rent

Is the claim subject to offset? ☑ No ☐ Yes

$110,000.00

---

**3.165**

**Nonpriority creditor's name and mailing address**
Cash Buoys LLC
222 Merchandise Mart Plaza
Suite 1225
Chicago, IL 60654

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$39,275.00

---

| Debtor | Mestad's Enterprises, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,000.00

EIDL SBA Loan
409 3rd St. SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2021

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  7908

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350,000.00

EIDL SBA Loan
409 3rd St. SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Eve of Milady
2111 Kerrigan Ave
Union City, NJ 07087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,920.00

Gray Television Inc.
1801 Halstread Blvd
Tallahassee, FL 32309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt: Goods and/or Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350,000.00

Hight Value Business Limited
#25, Lane 143
New Taipei City
Republic of China

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt: Goods and/or Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,990.00

House of Wu
14975 Technology Court
Fort Myers, FL 33912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt: Goods and/or Services

**Last 4 digits of account number**  1316

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $919.00

Instant Warehouse
32846 County 5
Chatfield, MN 55923

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt: Goods and/or Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,339.70**

Jim Hjelm
225 West 37th Street
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt: Goods and/or Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,425.00**

JL Johnson
2779 3rd Avenue West
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt: Goods and/or Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,653.00**

Mon Cheri
1018 Whitehead Road
Trenton, NJ 08638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt: Goods and/or Services

**Last 4 digits of account number  5638**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$433,000.00**

Morgan Stanley Trust
Attn: Kathleen Allison
14 2nd Street SW Suite 201
Rochester, MN 55902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt: Goods and/or Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Pure Silk Fabrics, Inc.
Larr Brio Accessories
141 Lanza Ave, Bldg 10
Garfield, NJ 07026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number  4376**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,000.00**

Skeffingtons
2453 SW 9th Street
Des Moines, IA 50315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt: Goods and/or Services

**Last 4 digits of account number  2444**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

TDS
PO Box 94510
Palatine, IL 60094-4540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,675.00**

The Wedding Guys
2131 Broadway Street NE
Minneapolis, MN 55413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt: Goods and/or Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Mestad's Enterprises, Inc. | Case number (if known) | |
|--------|----------------------------|------------------------|--|
| | Name | | |

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48,000.00 |
|-------|---|---|---|

Tip Top Tux
500 Floyd Blvd
Sioux City, IA 51101

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt: Confession of Judgment

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|-------|---|---|---|

Toni Federici
210 N 10th Street
Mount Vernon, IL 62864

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | COVID EIDL Servicing Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | Line  3.166<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | COVID EIDL Servicing Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | Line  3.167<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Szabo Associates, Inc.<br>Attn: David Grieco<br>3355 Lenox Road NE Suite 945<br>Atlanta, GA 30326-1332 | Line  3.169<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 43,901.81 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,644,572.20 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,688,474.01 |

**Fill in this information to identify the case:**

Debtor name    Mestad's Enterprises, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Business Lease agreement with landlord | |
| | State the term remaining | 2024 | Barlow Rochester Property, LLC c/o Glen Una Management Company Inc. 9015 Mountain Ridge Drive, Suite 350 Austin, TX 78759-8487 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Security services | |
| | State the term remaining | Monthly | Custom Communcation 1661 Greenview Dr SW Rochester, MN 55902 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Mobile Storage Unit | |
| | State the term remaining | Monthly | Instant Warehouse 32846 County 5 Chatfield, MN 55923 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Internet Services | |
| | State the term remaining | Monthly | Spectrum 4145 S Falkenburg Rd Riverview, FL 33578 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name ___Mestad's Enterprises, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Catherine Mestad | 9225 115th St. NW<br>Pine Island, MN 55963 | Internal Revenue Service | ☐ D _____<br>■ E/F ___2.2___<br>☐ G _____ |
| 2.2 | Catherine Mestad | 9225 115th St. NW<br>Pine Island, MN 55963 | EIDL SBA Loan | ☐ D _____<br>■ E/F ___3.166___<br>☐ G _____ |
| 2.3 | Catherine Mestad | 9225 115th St. NW<br>Pine Island, MN 55963 | Hight Value Business Limited | ☐ D _____<br>■ E/F ___3.171___<br>☐ G _____ |
| 2.4 | Catherine Mestad | 9225 115th St. NW<br>Pine Island, MN 55963 | Tip Top Tux | ☐ D _____<br>■ E/F ___3.182___<br>☐ G _____ |
| 2.5 | Catherine Mestad | 9225 115th St. NW<br>Pine Island, MN 55963 | EIDL SBA Loan | ☐ D _____<br>■ E/F ___3.167___<br>☐ G _____ |

Debtor    Mestad's Enterprises, Inc.    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Catherine Mestad | 9225 115th St. NW<br>Pine Island, MN 55963 | Barlow Rochester<br>Property, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name _____Mestad's Enterprises, Inc._____

United States Bankruptcy Court for the: ____DISTRICT OF MINNESOTA____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other _____ | $70,488.46 |
| For prior year:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $1,109,709.00 |
| For year before that:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $923,406.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    Mestad's Enterprises, Inc.                                             Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Barlow Rochester Property, LLC c/o Glen Una Management Company Inc. 9015 Mountain Ridge Drive, Suite 350 Austin, TX 78759-8487 | 10/13/22 - $13,362.79 11/8/22 - $6,500.00 11/16/22 - $6,862.79 12/1/22 - $13,362.79 1/17/23 - $6,681.40 | $46,769.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Business lease agreement |
| 3.2. | House of Wu 14975 Technology Court Fort Myers, FL 33912 | October, November, & December 2022 | $10,526.13 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3. | Tip Top Tux 500 Floyd Blvd Sioux City, IA 51101 | 10/17/22, 11/16/22, 11/21/22, 1/2/23 | $8,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Agreement |
| 3.4. | Cash Buoys LLC 222 Merchandise Mart Plaza Suite 1225 Chicago, IL 60654 | Per agreement receives 17% of daily credit card receipts - 10/19/22 - 1/19/23 | $20,222.37 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    Mestad's Enterprises, Inc.                                                  Case number (if known)

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Barlow Rochester Property, LLC v. Mestad's Enterprises, Inc. 55-CV-22-6167 | Eviction | Olmsted County Government Center 151 4th Street SE Rochester, MN 55904-3710 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  Tip Top Tux v. Mestad's Enterprises, Inc 20-cv-1776 | Civil | Minnesota Federal District Court 300 South Fourth Street Suite 202 Minneapolis, MN 55415 | ☐ Pending ☐ On appeal ■ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Mestad's Enterprises, Inc.                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ravich Meyer Kirkman McGrath Will Tansey 150 S. 5th Street Suite 3450 Minneapolis, MN 55402 | | August 9, 2022 | $2,500.00 |
| | **Email or website address** https://www.ravichmeyer.com | | | |
| | **Who made the payment, if not debtor?** Catherine Mestad | | | |
| 11.2. | Fredrikson & Byron PA 200 S 6th St Ste 4000 Minneapolis, MN 55402 | Court filing fee in the amount of $338 and attorney fees in the amount of $4,662. | January 30, 2023 | $5,000.00 |
| | **Email or website address** www.fredlaw.com | | | |
| | **Who made the payment, if not debtor?** Catherine Mestad | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Mestad's Enterprises, Inc. | Case number *(if known)* | |

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Customer names, telephone numbers, and occassionally addresses

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Instant Warehouse 32846 County 5 Chatfield, MN 55923 | Catherine Mestad - owner | Mobile Storage Unit - Fashion show fixtures and past business records - located in parking lot of business | ☐ No ☑ Yes |

Debtor    Mestad's Enterprises, Inc.                                   Case number (if known)  _____

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various customers | Mestad's Enterprises, Inc.<br>1171 6th Street NW<br>Rochester, MN 55963 | Bridal gowns - paid and stored until date of wedding. | Unknown |

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

| Debtor | Mestad's Enterprises, Inc. | Case number *(if known)* | |
|---|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Retail Financial Services<br>9655 Schmidt Lake Road, Suite 100<br>Minneapolis, MN 55442 | Within the last two years |
| 26a.2. | FDWNk Professional Corporation<br>9655 Schmidt Lake Road Suite 100<br>Plymouth, MN 55442 | Within the last two years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | - | 12/31/22 | $303,515 - Cost |

Name and address of the person who has possession of inventory records

Mestads & Retail Financial

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | - | 9/25/22 | $309,975 - Cost |

Name and address of the person who has possession of inventory records

Mestad's and Retail Financial

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    Mestad's Enterprises, Inc.    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Catherine Mestad | 9225 115th St. NW<br>Pine Island, MN 55963 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Catherine Mestad<br>9225 115th St. NW<br>Pine Island, MN 55963 | $47,000 - Yearly salary | Within in the last year | Salary |
| | **Relationship to debtor**<br>Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Mestad's Enterprises, Inc.                                    Case number *(if known)*

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 31, 2023

/s/ Catherine Mestad                                    Catherine Mestad
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re ___Mestad's Enterprises, Inc._____   Case No. _____

_____   Chapter ___7___

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ............................ $  4,662.00
Prior to the filing of this statement I have received    .............. $  4,662.00
Balance Due  ........................................................................... $  0.00

2.    The source of the compensation paid to me was:
   ■   Debtor                     ☐   Other (specify)

3.    The source of the compensation to be paid to me is:
   ■   Debtor                     ☐   Other (specify)

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

LOCAL FORM 1007-1
REVISED 06/16

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: January 31, 2023

Signature of Attorney
/s/ Samuel M. Andre
Samuel M. Andre

# United States Bankruptcy Court
### District of Minnesota

In re   Mestad's Enterprises, Inc.                  Case No.
                           Debtor(s)         Chapter   7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Mestad's Enterprises, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 31, 2023

Date

/s/ Samuel M. Andre

Samuel M. Andre

Signature of Attorney or Litigant

Counsel for   Mestad's Enterprises, Inc.

Fredrikson & Byron, P.A.

200 S Sixth St, Ste 4000
Minneapolis, MN 55402
612.492.7000 Fax:612.492.7077
sandre@fredlaw.com